| | | |
|---|---|---|
| CHARNETTE ROBINSON, | * | **IN THE** |
| Plaintiff, | * | **CIRCUIT COURT** |
| vs. | | |
| | * | **FOR** |
| CITY OF MT. RAINIER, *et al.*, | | |
| | * | **PRINCE GEORGE'S COUNTY** |
| Defendants. | | |
| | * | CIVIL NO.: **CAL20-13053** |

## NOTICE OF REMOVAL

The City of Mount Rainier, Malinda Miles, Celina Benitez, Luke Chesek, and Bryan Knedler, some of the Defendants, by and through their undersigned counsel, pursuant to Title 28 U.S.C. §§ 1441 and 1446, and Local Rule 103.5 of the United States District Court for the District of Maryland, jointly remove this action from the Circuit Court for Prince George's County to the United States District Court for the District of Maryland, and, for reasons, state:

1. The Complaint governing this action was filed in the Circuit Court for Prince George's County on June 24, 2020.

2. The Complaint, brought under the auspices of State and Federal law, sets forth causes of action for: § 1983 – First Amendment (Count I); Defamation (Count II); MPIA Request (Count III); § 1983 – Conspiracy (Count IV); § 1983 – *Monell* (Count V); and Maryland Constitutional Claims (Count VI).

3. Because Counts I, IV, and V allege causes of action against Defendants under a federal statute and/or the federal Constitution, the United States District Court

has original jurisdiction over these counts, in that it purports to state a claim arising "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

4. In addition, pursuant to 28 U.S.C. § 1367, the United States District Court, in its discretion, may exercise supplemental jurisdiction over the state law causes of action in the Complaint, Counts II, III, and VI.

5. Writs of Summons were issued for Defendants on June 26, 2020.

6. The City of Mount Rainier, Maryland, Malinda Miles, and Celina Benitez were served on July 14, 2020. Bryan Knedler was served on July 15, 2020. Luke Chesek has waived service as of August 4, 2020. Shavila Shah and Miranda Braatz have not been served.

7. Thus, the served Defendants are filing this Notice of Removal "within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. . . ." 28 U.S.C. § 1446 (b).

8. Pursuant to Local Rule 103.5, these Defendants have filed with their Notice of Removal in the United States District Court true and legible copies of all process, pleadings, papers, and orders which have been served upon them.

9. Concurrent with the filing of this Notice of Removal, Defendants, pursuant to 28 U.S.C. § 1446(c)(5), have provided written notice of removal to Plaintiff and have filed a copy of this Notice with the Clerk of the United States District Court, thereby effecting the removal of this action.

Wherefore, these Defendants notify all Courts and Parties that this action has been removed to the United States District Court for the District of Maryland, and that no further proceedings shall be had in the Circuit Court for Prince George's County.

Respectfully submitted,

_____
JASON L. LEVINE (#LE0594)
7225 Parkway Drive
Hanover, Maryland 21076
(443) 561-1708
jlevine@lgit.org

Counsel for Defendants City of Mount Rainier, Miles, Benitez, Knedler and Chesek.

## CERTIFICATE OF SERVICE

I certify that on August 4, 2020 the foregoing paper was served via regular mail upon: Dontrice P. Hamilton, 20 Courthouse Square, Suite 205, Rockville, Maryland 20850.

_____
JASON L. LEVINE (#LE0594)